FILE COPY

No. 07-20-00021-CV

| | | |
|---|---|---|
| Texas Workforce Commission<br>    Appellant | § | From the 96th District Court<br>    of Tarrant County |
| | § | |
| v. | | April 19, 2021 |
| | § | |
| Dental Health For Arlington, Inc., a<br>Texas Nonprofit Corporation | | Opinion by Justice Parker |
|     Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated April 19, 2021, it is ordered, adjudged, and decreed that the judgment of the trial court is reversed and that summary judgment is hereby rendered in favor of Texas Workforce Commission.

It is further ordered that appellee pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o